# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   2:22-mj-460 |
| THOMAS M. DEVELIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 1, 2020 to March 31, 2022   in the county of   Franklin and Morgan   in the   Southern   District of   Ohio   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Engaging in the Business Without a License (Firearms) |
| 18 U.S.C. § 922(o) | Illegal Possession of a Machine Gun |
| 26 U.S.C. § 5861(a) | Failure to Register as a Dealer, Manufacturer, or Importer, or to Pay Required Tax |
| 26 U.S.C. § 5861(c) | Receipt or Possession of Firearm Made in Violation of NFA |
| 26 U.S.C. § 5861(f) | Make a Firearm in Violation of NFA |

This criminal complaint is based on these facts:

See attached Affidavit (Attachment A)

☑ Continued on the attached sheet.

*Aaron Green*
*Complainant's signature*

Aaron Green, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

*Chelsey M. Vascura*
*United States Magistrate Judge*
*Judge's signature*

Date:   6/28/2022

City and state:   Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*