AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 JUN 29 AM 10: 50

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

United States of America
v.
THOMAS M. DEVELIN

Defendant

Case No. 2:22-MJ-460

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* THOMAS M. DEVELIN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(a)(1)(A)—Engaging in the Business Without a License (Firearms)
18 U.S.C. § 922(o)—Illegal Possession of a Machine Gun
26 U.S.C. § 5861(a)—Failure to Register as a Dealer, Manufacturer, or Importer, or to Pay Required Tax
26 U.S.C. § 5861(c)—Receipt or Possession of Firearm Made in Violation of NFA
26 U.S.C. § 5861(f)—Make a Firearm in Violation of NFA

Date: 6/28/2022

*Chelsey M. Vascura*
United States Magistrate Judge
*Issuing officer's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 06/28/2022, and the person was arrested on *(date)* 06/29/2022
at *(city and state)* Columbus, Ohio

Date: 06/29/2022

*Arresting officer's signature*

Aaron Green    ATF SA
*Printed name and title*