UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS M. DEVELIN,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>INFORMATION<br><br>26 U.S.C. §§ 5861(f) and 5871<br>26 U.S.C. §§ 5861(a) and 5871<br>18 U.S.C. §§ 922(a)(1)(A) and<br>924(a)(1)(D)<br>FORFEITURE ALLEGATIONS |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1
### (Making Firearms in Violation of the National Firearms Act)

1. From at least 2020 through at least March 2022, in the Southern District of Ohio, Defendant **THOMAS M. DEVELIN** did knowingly make firearms and machineguns, as defined in 26 U.S.C. § 5845—specifically, devices designed and intended to convert semiautomatic firearms into fully automatic firearms—and he made them in violation of the provisions of the National Firearms Act, knowing the features of the firearms and machineguns that brought them within the scope of the National Firearms Act.

**In violation of 26 U.S.C. §§ 5861(f) and 5871.**

## COUNT 2
### (Unlawfully Engaging in the Business of Manufacturing and Dealing Machineguns)

2. From at least 2020 through at least March 2022, in the Southern District of Ohio, Defendant **THOMAS M. DEVELIN** did knowingly engage in the business of manufacturing and dealing in firearms and machineguns, as defined in 26 U.S.C. § 5845—specifically, devices designed and intended to convert semiautomatic firearms into fully automatic firearms—knowing the features of the firearms and machineguns that brought them within the scope of the National Firearms Act, without having paid the special (occupational) tax as required by 26 U.S.C. § 5801 and without having registered as required by 26 U.S.C. § 5802.

**In violation of 26 U.S.C. §§ 5861(a) and 5871.**

## COUNT 3
### (Manufacturing and Dealing Firearms Without a License)

3. From at least 2020 through at least March 2022, in the Southern District of Ohio, Defendant **THOMAS M. DEVELIN**, not being a licensed manufacturer or licensed dealer of firearms, willfully engaged in the business of manufacturing and dealing in firearms, including untraceable 3D-printed firearms commonly known as "ghost guns."

**In violation of 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D).**

## **FORFEITURE ALLEGATION A**

4.  Paragraphs 1 and 2 are incorporated here.

5.  Upon conviction of either offense in violation of 26 U.S.C. § 5861 as alleged in this Information, Defendant **THOMAS M. DEVELIN** shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461, any firearm involved in the commission of such offense, including, but not limited to the following property seized from Defendant **THOMAS M. DEVELIN** during the investigation in this case:

   a. A Bazalt RPG7B "rocket launcher" style destructive device, bearing Serial Number E0563;

   b. Three (3) "coat hanger auto-sear" devices; and

   c. A Glock conversion device.

**Forfeiture notice in accordance with 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

6. Paragraph 3 is incorporated here.

7. Upon conviction of the offense in violation of 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D) as alleged in this Information, Defendant **THOMAS M. DEVELIN** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in the commission of such offense, including, but not limited to the following property seized from Defendant **THOMAS M. DEVELIN** during the investigation in this case:

   a. Four (4) firearms manufactured by the defendant that bear no markings or Serial Numbers; and

   b. Any associated ammunition.

Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

KENNETH L. PARKER
United States Attorney

*[signature]*

PETER K. GLENN-APPLEGATE (0088708)
Assistant United States Attorney

*[signature]*

JESSICA W. KNIGHT (0086615)
Assistant United States Attorney