IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,                         **NOTICE**

v.                                             Case No. 2:22-CR-178
                                                Sarah D. Morrison

**THOMAS M. DEVELIN**

           **Defendant.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court            **Courtroom No. 132 (in person)**
         Joseph P. Kinneary U.S. Courthouse
         85 Marconi Boulevard                 **October 20, 2022 at 11:00 a.m.**
         Columbus, Ohio 43215

TYPE OF PROCEEDING: **Arraignment on Information**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                                **SARAH D. MORRISON**
                                                **UNITED STATES DISTRICT JUDGE**

DATE:
September 23, 2022

                                                  s/  Maria Rossi Cook
                                                 (By) Maria Rossi Cook, Deputy Clerk