# Office of the Sheriff



**Sheriff
Richard K. Jones**

Chief Deputy
Anthony E. Dwyer

705 Hanover St.
Hamilton, Ohio 45011

Hamilton 513.785.1000
Middletown 513.424.2456
www.butlersheriff.org

―――― Butler County, Ohio ――――

To:    The Honorable Judge Morrison
U.S. Federal Court Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
Room 167
85 Marconi Boulevard
Columbus, Ohio 43215

Date:   October 10, 2022

RE:    Inmate: Thomas Develin
B.C.S.O: 301313
V.E.T.S. Start Date: 07/11/2022

The Above Mentioned inmate is currently incarcerated at 705 Hanover Street, Hamilton, Ohio 45011, on charges out of your court. This inmate has completed 30 days in the V.E.T.S. program at the Butler County Jail.

While incarcerated, inmates who are Veterans of the armed forces have the opportunity to participate in the Veteran Education and Training Services (V.E.T.S.) program. This program places an emphasis on accountability by requiring Veteran inmates to attend a morning huddle with the Corrections Officer assigned to the program, keep their living space clean, and participate in daily work activities. Inmates are also offered one-on-one services through the VA and Veteran Service Commission, and group classes geared toward mental health and addressing and changing negative actions. Inmates are admitted to the program based on behavioral history and must remain in good standing with no disciplinary action in this "zero tolerance" programming unit.

Respectfully,

*Capt. N. Fisher*

Capt. Nick Fisher
Warden
513-785-1191

*"Spectemur Agendo" - Let us be judged by our actions*



Butler County Sheriff's Office
705 Hanover Street
Hamilton, Ohio 45011

Presort
First Class Mail
ComBasPrice

US POSTAGE ~PITNEY BOWES
ZIP 45011 $ 000.49
02 4W
0003748630CT 11 2022

The Honorable Judge Morrison
U.S. Federal Court Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
Room 167
85 Marconi Boulevard
Columbus, Ohio 43215