United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-  Case No. 2:22-CR-178

Thomas Develin

## COURTROOM MINUTES
### Plea on Information

| U.S. District Judge Sarah D. Morrison | | Date: 10/20/2022 at 11:00 am | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | Peter Glenn-Applegate |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Robert Krapenc |
| Interpreter | | Pretrial/Probation: | |
| Log In | 11:00 am | Log Out | 11:30 am |

Defendant pleaded Guilty to Counts 1, 2 and 3 of the Information.
The Court accepted the Defendant's Waiver of Indictment and his pleas of guilty.
The Court ordered a PSI.
The defendant shall remain in custody pending sentencing.