# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | 2:22-cr-178 |
| Plaintiff, | : | JUDGE MORRISON |
| v. | : | |
| | : | |
| THOMAS M. DEVELIN, | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' NOTICE OF COMPLETED FORFEITURE

The United States of America hereby notifies the Court that the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") completed the non-judicial (administrative) forfeiture of the property named in the forfeiture allegations of the Information (Doc. 20) filed in this case. More particularly, the ATF, in accordance with the law, administratively forfeited the following property (*see* Exhibits A and B):

**Forfeiture Allegation A:**
   a. A Bazalt RPG7B "rocket launcher" style destructive device, bearing Serial Number E0563;

   b. Three (3) "coat hanger auto-sear" devices; and

   c. A Glock conversion device.

**Forfeiture Allegation B:**
   a. Four (4) firearms manufactured by the defendant that bear no markings or Serial Numbers; and

   b. Any associated ammunition.

Therefore, the United States respectfully notifies the Court that it will not require further judicial forfeiture action or ancillary hearings to accomplish the forfeiture and/or disposal of the property subject to forfeiture in this case.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney


s/Peter K. Glenn-Applegate
PETER K. GLENN-APPLEGATE (0088708
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Peter.Glenn-Applegate@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October 2022, a copy of the foregoing Notice of Completed Forfeiture was electronically filed and served on all attorneys of record using the Court's CM/ECF system.

                          s/Peter K. Glenn-Applegate
                          PETER K. GLENN-APPLEGATE (0088708
                          Assistant United States Attorney