IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America**

**NOTICE**

vs.  Case No. 2:22-CR-178

Judge Sarah D. Morrison

**THOMAS M. DEVELIN**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:   United States District Court                **COURTROOM # 132**
         Joseph P. Kinneary U.S. Courthouse
         85 Marconi Boulevard                        **February 28, 2023 at 11:00 a.m.**
         Columbus, Ohio 43215

TYPE OF PROCEEDING: **SENTENCING HEARING**

**\*\***The following schedule is established:
*(1) Any sentencing memorandum must be filed no later than seven days prior to sentencing. The memorandum*
*shall address the statutory sentencing factors, including any proposed variances from the guideline sentencing*
*range.*
*(2) A reply memorandum, while not necessary, shall be filed no later than three days prior to sentencing.*
*(3) Motions under 18 U.S.C. §3553(e) or U.S.S.G. §5K1.1 shall be filed at least three days prior to sentencing.*

Sarah D. Morrison
**UNITED STATES DISTRICT JUDGE**

DATE:   January 10, 2023

      s/ Maria Rossi Cook
(By) Maria Rossi Cook, Deputy Clerk

To: Counsel served electronically via CM/ECF
    United States Probation