To the honorable Sarah Morrison

I am writing to you on behalf of Thomas DeVelin. I have known Tom since the 9th grade, I first met Tom in the band, where we became friends.

During our time in high school we were both active in the tech booth running the lights and sound for the, litterary Club, Drama Club, and the musical productions, both of us were also active in the band all throughout highschool. On weekends I would also join him on trips with his boy scout troop which he was a leading figure in, eventually earning his eagle scout badge by managing a project to paint fire hydrants all over the City of Chillicothe.

At the age of 17 Tom joind the Ohio national guard and the Summer between our Junior and Senior year he spent at basic training, as a Senior he remained active in band tech booth, and also that year he joined the soccer and tennis team all while still doing his guard obligations. After graduation he went immediatly to his Advanced Individual Training to learn his job for the army, only a year or so later he deployed to Afganistan as a C-RAM maintainer to prevent rocket and mortar attacks from hitting Bagram airfield.

Tom did not have much time to decompress after Afghanistan as he immediatly began training to deploy and staitioned guarding our nations Capitol just one year later.

I am sure that Tom is looking forward to having all of this behind him, and returning to a normal productive life.

Sincerely,

Andrew Trigo

(740)-947-9802