10-30-22

Dear Honorable Sarah Morrison,

My name is Sabrina Trego I am writing to you today on behalf of Thomas DeVelin. I have known Tom since he was a teenager approximately since 2012. Tom was in my son's graduating class and they became close friends beginning either eighth or ninth grade. Tom has been a guest in our home on many occasions. Tom has always been very kind and respectful anytime he was around me or in our home. I have come home from the grocery store when he was at my home visiting he would come and carry in my groceries, he has offered assistance with yard work. I know I could call upon Tom for any help I might need and he would do his best to help me anyway possible.

Tom was very involved with the high school band and was one of the few students that would come early and stay late to help set up for events and put everything away after the event. Tom was also very involved with the Boy Scouts and did many volunteer projects and earned the honor of Eagle Scout and I

personally attended the event.
    Tom joined the Ohio National Guard as a high school student and successfully completed his training, and I believe was deployed once to Afghanistan and once within the United States, not an easy task for such a young man. Truly we are blessed to have this young men in our lives. I believe Tom will put this terrible mistake behind him and make more positive differences going forward and learning from his mistakes. Tom has alot to give and I believe he will shine bright in the future.

Sincerely yours,

Sabrina R. Sugo
1750 Trego Road
Waverly, OH 45690

740-708-9799 Cell