To the Honorable Sarah Morrison,

My name is Scott Trego, I live at 1750 Trego Rd, Waverly OH 45690, my cell phone number is 740-708-9609 and my email is scotttrego1@gmail.com.

I am writing to you on behalf of Thomas DeVelin. I will further refer to him as Tom as that is how he is known by my family.

I have known Tom since approximately 2012 when he was in 8th or 9th grade. Tom was in the school band with my son which is how we became acquainted. He also helped to operate the tech booth where he and my son operated lights and sound for the high school musical and other school functions.

Tom has been a guest in my home and on my property many times often spending the night playing video games or camping in the forested area of my property. I have enjoyed sitting around a campfire with him several times, having conversations and looking at the stars. From the time I first met him he was polite and respectful not only to me but my family and mutual friends he shares with my son.

After Tom graduated high school he enlisted in the Ohio National Guard and was even sent to Afghanistan. Sometime after he returned to the U.S. he was sent to Washington D.C. I am proud to call this man and soldier my friend.

Knowing Tom as I do, I am positive he has realized his mistakes has learned from them. Tom is a smart kid and I'm sure he is anxious to to do whatever is required of him in order to put this part of his life behind him and look toward the future.

I had the privilege of watching Tom grow from a boy to a respectable young man. I will be looking forward to the next campfire conversation with Tom and he will be welcome in my home anytime.

Sincerely,

*Scott Trego*
11/5/22