

# Office of the Sheriff

**Sheriff**
**Richard K. Jones**

Chief Deputy
Anthony E. Dwyer

705 Hanover St.
Hamilton, Ohio 45011

Hamilton 513.785.1000
Middletown 513.424.2456
www.butlersheriff.org

— Butler County, Ohio —

To: The Honorable Judge Morrison
U.S. Federal Court Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
Room 167
85 Marconi Boulevard
Columbus, Ohio 43215

Date: October 10, 2022

RE: Inmate: Thomas Develin
B.C.S.O: 301313
V.E.T.S. Start Date: 07/11/2022

The Above Mentioned inmate is currently incarcerated at 705 Hanover Street, Hamilton, Ohio 45011, on charges out of your court. This inmate has completed 30 days in the V.E.T.S. program at the Butler County Jail.

While incarcerated, inmates who are Veterans of the armed forces have the opportunity to participate in the Veteran Education and Training Services (V.E.T.S.) program. This program places an emphasis on accountability by requiring Veteran inmates to attend a morning huddle with the Corrections Officer assigned to the program, keep their living space clean, and participate in daily work activities. Inmates are also offered one-on-one services through the VA and Veteran Service Commission, and group classes geared toward mental health and addressing and changing negative actions. Inmates are admitted to the program based on behavioral history and must remain in good standing with no disciplinary action in this "zero tolerance" programming unit.

Respectfully,

Capt. Nick Fisher
Warden
513-785-1191

October, 2022

To Whom it may concern,

My name is David Fulcher, and I am writing this letter on behalf of Thomas Develin. I have a mentoring program called M.A.N.A (Mentoring Against Negative Actions) that I started 25 years ago in the Hamilton County Jail and is now being offered in the Butler County Jail. This program helps and assists men and woman inmates with life skills, better choices, and becoming more prepared to enter back into society. I met Mr. Develin at the Butler County Jail a few months ago. Mr. Develin has showed significant progress in change from his past actions and has taken the steps and accountability to become a better man. He has graduated and received his certificate of completion which is honored by the Sheriffs of both Hamilton and Butler County. Through the months of getting to know Mr. Develin in the classroom, he has always been the first one to answer questions and raise his hand and to help the other inmates to participate and is engaged in the daily topics we discuss. The man that first walked into your courtroom is not the same person today. His willingness to understand his wrongs and continue to become a mentor and role model for the other inmates, shows tremendous growth. If there are any questions that you would like me to further answer, please do not hesitate to reach out to me.

Sincerely,

*[signature]*

David Fulcher Sr.
Director of M.A.N.A.
513.225.3318
Davidfulchersr33@gmail.com