United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-  Case No. 2:22-cr-178
Thomas M. Develin

COURTROOM MINUTES
Sentencing

| U.S. District Judge Sarah D. Morrison | | Date: 2/28/2023 at 10:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Govt: | Peter Glenn-Applegate, Jessica Knight |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Robert Krapenc |
| Interpreter | | Pretrial/Probation: | |
| Log In | 10:00 a.m. | Log Out | 10:40 a.m. |

Defendant sentenced to a term of 71 months imprisonment on Counts 1 and 2, and 60 months of imprisonment on Count 3 of the Information, to be served concurrently

2 years of supervised release on Counts 1, 2, and 3 of the Information to be served consecutively.

No fine imposed.

$300 special assessment is applied.

Defendant is remanded to the custody of the USMS.